# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pollak, Cheryl L. | U.S. District Court, E.D.N.Y. | 07/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (Full-Time) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Morgan Lewis & Bockius - partnership |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Vanguard 500 Index Fund (no control) | A | Interest | O | T | | | | | |
| 2. Rental Property (Kiawah Island, SC 2010 $1.8 million) | E | Rent | P1 | R | | | | | |
| 3. AB Discovery Growth Fund | A | Dividend | L | T | Sold (part) | 01/08/19 | J | A | |
| 4. | | | | | Sold (part) | 01/28/19 | J | A | |
| 5. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 6. | | | | | Sold (part) | 12/24/19 | J | A | |
| 7. AB Discovery Value Fund | A | Dividend | L | T | Buy (add'l) | 03/20/19 | J | | |
| 8. | | | | | Buy (add'l) | 05/24/19 | J | | |
| 9. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 10. | | | | | Buy (add'l) | 08/14/19 | J | | |
| 11. | | | | | Sold (part) | 09/25/19 | J | A | |
| 12. | | | | | Buy (add'l) | 10/28/19 | J | | |
| 13. | | | | | Buy (add'l) | 11/20/19 | J | | |
| 14. | | | | | Buy (add'l) | 12/16/19 | J | | |
| 15. AB Emerging Markets Portfolio | A | Dividend | M | T | Buy (add'l) | 01/23/19 | K | | |
| 16. | | | | | Buy (add'l) | 12/11/19 | J | | |
| 17. AB International Small Cap Portfolio | B | Dividend | M | T | Buy (add'l) | 01/23/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 19.  AB International Stratetic Equities Portfolio | D | Dividend | O | T | Buy (add'l) | 01/23/19 | M | | |
| 20. | | | | | Sold (part) | 04/23/19 | J | A | |
| 21. | | | | | Sold (part) | 07/23/19 | J | A | |
| 22. | | | | | Sold (part) | 10/22/19 | J | A | |
| 23. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 24.  AB Small Cap Core Portfolio | A | Dividend | L | T | Buy (add'l) | 05/23/19 | J | | |
| 25. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 26. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 27. | | | | | Sold (part) | 09/25/19 | J | A | |
| 28. | | | | | Buy (add'l) | 11/18/19 | J | | |
| 29. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 30.  AB Wealth Appreciation Strategy - Advisor Class | B | Dividend | M | T | Sold (part) | 01/23/19 | J | A | |
| 31. | | | | | Sold (part) | 04/23/19 | J | A | |
| 32. | | | | | Sold (part) | 07/23/19 | J | A | |
| 33. | | | | | Sold (part) | 10/22/19 | J | A | |
| 34. | | | | | Buy (add'l) | 12/18/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Adobe Inc. | A | Dividend | J | T | Sold (part) | 07/18/19 | J | B | |
| 36.  Alphabet Inc. Class A | A | Dividend | J | T | | | | | |
| 37.  Alphabet Inc. Class C | A | Dividend | L | T | Buy (add'l) | 06/06/19 | J | | |
| 38. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 39. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 40. | | | | | Sold (part) | 09/03/19 | J | A | |
| 41.  Amazon.com Inc. | A | Dividend | J | T | Buy | 12/27/19 | J | | |
| 42. | | | | | Buy (add'l) | 12/30/19 | J | | |
| 43.  American Beacon | A | Dividend | L | T | Buy (add'l) | 01/18/19 | J | | |
| 44. | | | | | Buy (add'l) | 01/24/19 | M | | |
| 45. | | | | | Buy (add'l) | 02/19/19 | J | | |
| 46. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 47.  American Electric Power | B | Dividend | K | T | Sold (part) | 01/22/19 | J | A | |
| 48. | | | | | Sold (part) | 05/14/19 | J | A | |
| 49. | | | | | Sold (part) | 09/12/19 | J | A | |
| 50.  AMG GW&K Small Cap | A | Dividend | O | T | | | | | |
| 51.  Anthem Inc. | A | Dividend | K | T | Buy (add'l) | 01/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 02/21/19 | J | A | |
| 53. Apple Inc. | A | Dividend | K | T | Sold<br>(part) | 08/29/19 | J | B | |
| 54. | | | | | Sold<br>(part) | 09/25/19 | J | B | |
| 55. Automatic Data Processing | A | Dividend | K | T | Buy | 01/24/19 | J | | |
| 56. Autozone | A | Dividend | K | T | Sold<br>(part) | 05/06/19 | J | B | |
| 57. | | | | | Sold<br>(part) | 07/30/19 | J | A | |
| 58. | | | | | Sold<br>(part) | 08/01/19 | J | A | |
| 59. Bank of America | A | Dividend | K | T | Sold<br>(part) | 01/15/19 | J | A | |
| 60. | | | | | Sold<br>(part) | 01/28/19 | J | A | |
| 61. Berkshire Hathaway Inc. | D | Dividend | K | T | Sold<br>(part) | 07/30/19 | J | A | |
| 62. | | | | | Buy<br>(add'l) | 09/16/19 | J | | |
| 63. | | | | | Buy<br>(add'l) | 11/21/19 | J | | |
| 64. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy<br>(add'l) | 12/31/18 | J | | |
| 65. | | | | | Buy<br>(add'l) | 01/18/19 | N | | |
| 66. | | | | | Sold<br>(part) | 01/23/19 | J | A | |
| 67. | | | | | Buy<br>(add'l) | 02/20/19 | J | | |
| 68. | | | | | Buy<br>(add'l) | 03/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 70. | | | | | Sold (part) | 04/23/19 | J | A | |
| 71. | | | | | Buy (add'l) | 05/20/19 | J | | |
| 72. | | | | | Buy (add'l) | 06/20/19 | J | | |
| 73. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 74. | | | | | Sold (part) | 07/23/19 | J | A | |
| 75. | | | | | Buy (add'l) | 08/20/19 | J | | |
| 76. | | | | | Buy (add'l) | 09/20/19 | J | | |
| 77. | | | | | Buy (add'l) | 10/18/19 | J | | |
| 78. | | | | | Sold (part) | 10/22/19 | J | A | |
| 79. | | | | | Buy (add'l) | 11/20/19 | J | | |
| 80. | | | | | Buy (add'l) | 11/27/19 | J | | |
| 81. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 82. | | | | | Buy (add'l) | 12/31/19 | N | | |
| 83. Bernstein Tax Managed International Portfolio | C | Dividend | N | T | Buy (add'l) | 01/23/19 | M | | |
| 84. | | | | | Buy (add'l) | 02/04/19 | J | | |
| 85. | | | | | Buy (add'l) | 12/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Bernstein Tax-Aware Overlay A Portfolio Class A - (no control) | B | Dividend | N | T | Buy (add'l) | 05/31/19 | J | | |
| 87. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 88. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 89. | | | | | Buy (add'l) | 12/31/19 | K | | |
| 90. Bernstein Tax-Aware Overlay N Portfolio Class 1 ((no control) | D | Dividend | P1 | T | Buy (add'l) | 08/28/19 | M | | |
| 91. | | | | | Buy (add'l) | 12/18/19 | K | | |
| 92. | | | | | Buy (add'l) | 12/31/19 | M | | |
| 93. Berry Global Group Inc. | A | Dividend | | | Buy | 06/17/19 | J | | |
| 94. | | | | | Buy (add'l) | 06/19/19 | J | | |
| 95. | | | | | Sold | 09/09/19 | J | A | |
| 96. Biogen Inc. | A | Dividend | J | T | Sold (part) | 04/23/19 | J | A | |
| 97. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 98. | | | | | Sold (part) | 10/18/19 | J | A | |
| 99. | | | | | Sold (part) | 10/21/19 | J | A | |
| 100. | | | | | Sold (part) | 10/28/19 | J | A | |
| 101. Blackrock High Yield | A | Dividend | O | T | Buy (add'l) | 12/20/19 | M | | |
| 102. Blackrock Multi Asset INCM Port Inst. | A | Dividend | J | T | Buy | 06/25/19 | O | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Boeing Co. | A | Dividend | J | T | Sold<br>(part) | 04/05/19 | J | A | |
| 104. | | | | | Sold<br>(part) | 04/09/19 | J | A | |
| 105. Booking Holdings Inc. | A | Dividend | K | T | Buy<br>(add'l) | 03/01/19 | J | | |
| 106. | | | | | Buy<br>(add'l) | 03/18/19 | J | | |
| 107. | | | | | Buy<br>(add'l) | 06/14/19 | J | | |
| 108. | | | | | Buy<br>(add'l) | 06/28/19 | J | | |
| 109. | | | | | Sold<br>(part) | 08/14/19 | J | A | |
| 110. Broadcom Inc. | A | Dividend | J | T | Buy | 05/14/19 | J | | |
| 111. | | | | | Buy<br>(add'l) | 06/13/19 | J | | |
| 112. | | | | | Buy<br>(add'l) | 07/31/19 | J | | |
| 113. Capital One Financial Corp. | A | Dividend | J | T | Sold<br>(part) | 07/30/19 | J | B | |
| 114. CBRE Group Inc. | A | Dividend | J | T | Sold<br>(part) | 01/28/19 | J | A | |
| 115. | | | | | Sold<br>(part) | 09/26/19 | J | A | |
| 116. | | | | | Sold<br>(part) | 10/04/19 | J | A | |
| 117. CDW Corp. | A | Dividend | J | T | | | | | |
| 118. Check Point Software Tech | A | Dividend | J | T | Buy | 02/12/19 | J | | |
| 119. | | | | | Buy<br>(add'l) | 02/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 121. | | | | | Buy (add'l) | 03/13/19 | J | | |
| 122. | | | | | Buy (add'l) | 04/12/19 | J | | |
| 123. | | | | | Sold (part) | 12/03/19 | J | A | |
| 124. Chevron Corp. | A | Dividend | K | T | Sold (part) | 08/21/19 | J | A | |
| 125. | | | | | Sold (part) | 08/29/19 | J | A | |
| 126. | | | | | Sold (part) | 09/25/19 | J | A | |
| 127. | | | | | Buy (add'l) | 11/20/19 | J | | |
| 128. | | | | | Buy (add'l) | 12/03/19 | J | | |
| 129. Cigna Corp. | A | Dividend | | | Sold | 01/28/19 | J | A | |
| 130. Cintas Corp. | F | Dividend | M | T | | | | | |
| 131. Cisco Systems Inc. | A | Dividend | K | T | Sold (part) | 01/04/19 | J | A | |
| 132. | | | | | Sold (part) | 06/21/19 | J | A | |
| 133. | | | | | Buy (add'l) | 09/06/19 | J | | |
| 134. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 135. Citibank-Checking | B | Interest | K | T | | | | | |
| 136. Citibank Insured Money Mkt. Acct. (IRA - CD) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Citibank Insured Money Mkt. Acct. (IRA - Solomon) | A | Interest | K | T | | | | | |
| 138. Citibank Insured Money Mkt Acct. (IRA) | A | Interest | J | T | | | | | |
| 139. Citibank-Insured Money Market | C | Interest | J | T | | | | | |
| 140. Citibank-Insured Money Market | C | Interest | J | T | | | | | |
| 141. Citigroup, Inc. | A | Dividend | K | T | Buy | 01/29/19 | J | | |
| 142. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 143. | | | | | Buy (add'l) | 05/10/19 | J | | |
| 144. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 145. Citrix Systems Inc. | A | Dividend | J | T | Buy | 06/13/19 | J | | |
| 146. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 147. | | | | | Sold (part) | 09/12/19 | J | A | |
| 148. CME Group, Inc. | A | Dividend | | | Sold (part) | 01/04/19 | J | A | |
| 149. | | | | | Sold (part) | 02/19/19 | J | A | |
| 150. | | | | | Sold | 03/22/19 | J | A | |
| 151. Cognizant Tech Solutions | A | Dividend | | | Sold (part) | 06/13/19 | J | A | |
| 152. | | | | | Sold | 06/14/19 | J | A | |
| 153. Comcast Corp. | A | Dividend | K | T | Sold (part) | 03/14/19 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 09/04/19 | J | A | |
| 155. Continental Resources Inc. | A | Dividend | | | Sold | 05/30/19 | J | A | |
| 156. Constellation Brands Inc. | A | Dividend | J | T | Buy (add'l) | 01/10/19 | J | | |
| 157. | | | | | Sold (part) | 02/11/19 | J | A | |
| 158. | | | | | Sold (part) | 02/12/19 | J | A | |
| 159. Costco Wholesale Corp. | A | Dividend | K | T | Sold (part) | 02/27/19 | J | A | |
| 160. | | | | | Sold (part) | 07/18/19 | J | A | |
| 161. | | | | | Sold (part) | 09/09/19 | J | A | |
| 162. Cubesmart | A | Dividend | J | T | Sold (part) | 02/13/19 | J | A | |
| 163. | | | | | Buy (add'l) | 05/15/19 | J | | |
| 164. | | | | | Sold (part) | 08/29/19 | J | A | |
| 165. | | | | | Sold (part) | 11/20/19 | J | A | |
| 166. Delta Air Lines, Inc. | A | Dividend | J | T | Buy (add'l) | 05/16/19 | J | | |
| 167. DFA US Small Cap Port Inst. | A | Dividend | L | T | | | | | |
| 168. Discovery Inc. | A | Dividend | J | T | Buy | 06/12/19 | J | | |
| 169. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 170. | | | | | Sold (part) | 12/24/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Dodge & Co. Intl. Stock Fund | A | Dividend | N | T | Buy | 12/20/19 | N | | |
| 172.  Dollar General Corp. | A | Dividend | K | T | Buy (add'l) | 01/07/19 | J | | |
| 173. | | | | | Buy (add'l) | 02/13/19 | J | | |
| 174.  Eaton Corp. | A | Dividend | J | T | Sold (part) | 07/30/19 | J | A | |
| 175. | | | | | Buy (add'l) | 09/10/19 | J | | |
| 176.  Ebay Inc. | A | Dividend | J | T | | | | | |
| 177.  Edwards Lifesciences | A | Dividend | J | T | Sold (part) | 07/30/19 | J | A | |
| 178.  Electronic Arts Inc. | A | Dividend | J | T | Buy | 05/14/19 | J | | |
| 179. | | | | | Buy (add'l) | 05/15/19 | J | | |
| 180. | | | | | Buy (add'l) | 09/06/19 | J | | |
| 181. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 182.  Eli Lilly & Co. | A | Dividend | J | T | Buy | 04/10/19 | J | | |
| 183. | | | | | Buy (add'l) | 07/23/19 | J | | |
| 184. | | | | | Sold (part) | 11/13/19 | J | A | |
| 185.  EOG RES Inc. | A | Dividend | K | T | Sold (part) | 01/29/19 | J | A | |
| 186. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 187. | | | | | Buy (add'l) | 11/13/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  Everest Re Group Ltd. | A | Dividend | J | T | Buy<br>(add'l) | 01/16/19 | J | | |
| 189. | | | | | Sold<br>(part) | 05/14/19 | J | A | |
| 190. | | | | | Sold<br>(part) | 07/30/19 | J | A | |
| 191. | | | | | Sold<br>(part) | 08/01/19 | J | A | |
| 192. | | | | | Sold<br>(part) | 12/24/19 | J | A | |
| 193.  Exelon | A | Dividend | J | T | | | | | |
| 194.  Exxon Mobil Corp. | A | Dividend | | | Sold<br>(part) | 01/09/19 | J | A | |
| 195. | | | | | Sold<br>(part) | 02/11/19 | J | A | |
| 196. | | | | | Sold | 05/14/19 | J | A | |
| 197.  F5 Networks Inc.bb | A | Dividend | J | T | Buy | 06/12/19 | J | | |
| 198. | | | | | Buy<br>(add'l) | 06/13/19 | J | | |
| 199. | | | | | Buy<br>(add'l) | 07/31/19 | J | | |
| 200. | | | | | Sold<br>(part) | 11/01/19 | J | A | |
| 201.  Facebook Inc. | A | Dividend | K | T | Sold<br>(part) | 03/12/19 | J | A | |
| 202. | | | | | Buy<br>(add'l) | 06/12/19 | J | | |
| 203. | | | | | Sold<br>(part) | 09/30/19 | J | A | |
| 204.  Fiserv Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  FNF Group | A | Dividend | K | T | Sold<br>(part) | 03/07/19 | J | A | |
| 206. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 207. | | | | | Buy<br>(add'l) | 04/18/19 | J | | |
| 208. | | | | | Sold<br>(part) | 07/23/19 | J | A | |
| 209. | | | | | Sold<br>(part) | 12/24/19 | J | A | |
| 210.  Fidelity National Information | A | Dividend | J | T | Sold<br>(part) | 07/29/19 | J | A | |
| 211. | | | | | Sold<br>(part) | 09/05/19 | J | A | |
| 212.  Garrett Motion Inc. | A | Dividend | | | Sold | 08/27/19 | J | A | |
| 213.  Gilead Sciences Inc. | A | Dividend | J | T | Buy<br>(add'l) | 08/16/19 | J | | |
| 214. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 215. | | | | | Sold<br>(part) | 12/02/19 | J | A | |
| 216. | | | | | Sold<br>(part) | 12/04/19 | J | A | |
| 217.  Goldman Sachs Group Inc. | A | Dividend | K | T | Buy | 02/12/19 | J | | |
| 218. | | | | | Buy<br>(add'l) | 04/11/19 | J | | |
| 219. | | | | | Buy<br>(add'l) | 09/12/19 | J | | |
| 220. | | | | | Sold<br>(part) | 10/15/19 | J | A | |
| 221.  GP Strategies Corp. | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  Harding Loevner Int'l Eqty Port Inst. | A | Dividend | J | T | Buy (add'l) | 01/18/19 | J | | |
| 223. | | | | | Buy (add'l) | 01/23/19 | N | | |
| 224. | | | | | Buy (add'l) | 02/19/19 | J | | |
| 225. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 226.  Harding Loevner Emerging Markets | A | Dividend | J | T | Buy | 01/18/19 | K | | |
| 227. | | | | | Buy (add'l) | 01/23/19 | L | | |
| 228. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 229.  Honeywell International Inc. | A | Dividend | K | T | | | | | |
| 230.  HP Inc. | A | Dividend | J | T | Sold (part) | 04/09/19 | J | A | |
| 231. | | | | | Sold (part) | 04/10/19 | J | B | |
| 232. | | | | | Sold (part) | 07/30/19 | J | A | |
| 233.  Intel Corp. | A | Dividend | J | T | Sold (part) | 01/18/19 | J | B | |
| 234. | | | | | Sold (part) | 01/22/19 | J | B | |
| 235.  Interferon Sciences, Inc. | | None | J | T | | | | | |
| 236.  International Research Insight Series DBT | A | Dividend | M | T | Sold (part) | 01/18/19 | J | A | |
| 237. | | | | | Sold (part) | 04/26/19 | J | A | |
| 238. | | | | | Sold (part) | 07/19/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Sold<br>(part) | 10/18/19 | J | A | |
| 240.  Intuitive Surgical Inc. | A | Dividend | J | T | | | | | |
| 241.  Invesco Oppenheimer Dev. Mkts (formerly Oppenheimer Developing Mkts) | D | Dividend | N | T | | | | | |
| 242.  Investment Company of America - Mutual Fund (American Fund) | E | Dividend | M | T | | | | | |
| 243.  IRA-Citibank-CD | A | Interest | J | T | | | | | |
| 244.  IRA-Citibank-Money Market | A | Interest | J | T | | | | | |
| 245.  IRA-Soloman - Treasury Bond | A | Interest | J | T | | | | | |
| 246.  IShares MSCI EAFE Growth ETF | E | Dividend | O | T | Sold<br>(part) | 01/23/19 | M | A | |
| 247.  IShares MSCI EAFE Emerging ETF Markets | A | Dividend | M | T | Sold<br>(part) | 01/23/19 | M | A | |
| 248.  Ishares MSCI EAFE Value ETF | A | Dividend | J | T | Sold<br>(part) | 01/24/19 | M | A | |
| 249.  Ishares Russell 1000 (X) | A | Dividend | N | T | | | | | |
| 250.  Johnson & Johnson | A | Dividend | K | T | Buy<br>(add'l) | 05/15/19 | J | | |
| 251. | | | | | Buy<br>(add'l) | 06/14/19 | J | | |
| 252. | | | | | Buy<br>(add'l) | 09/04/19 | J | | |
| 253. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 254.  JP Morgan Chase & Co. | B | Dividend | K | T | Sold<br>(part) | 01/28/19 | J | A | |
| 255. | | | | | Sold<br>(part) | 02/11/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  L3 Harris Technologies Inc. | A | Dividend | J | T | Sold (part) | 07/08/19 | J | B | |
| 257.  Lyondellbasell Indu - CL A | A | Dividend | | | Buy (add'l) | 01/30/19 | J | | |
| 258. | | | | | Sold (part) | 02/12/19 | J | A | |
| 259. | | | | | Sold | 02/13/19 | J | A | |
| 260.  Magna International Inc. | A | Dividend | J | T | Sold (part) | 03/15/19 | J | A | |
| 261. | | | | | Sold (part) | 08/06/19 | J | A | |
| 262. | | | | | Sold (part) | 08/21/19 | J | A | |
| 263. | | | | | Buy (add'l) | 11/14/19 | J | | |
| 264.  Marathon Petroleum | A | Dividend | | | Sold (part) | 02/11/19 | J | A | |
| 265. | | | | | Sold (part) | 04/09/19 | J | A | |
| 266. | | | | | Sold | 04/10/19 | J | A | |
| 267.  McDonald's Corp. | A | Dividend | J | T | Sold (part) | 06/12/19 | J | A | |
| 268. | | | | | Sold (part) | 06/13/19 | J | B | |
| 269. | | | | | Sold (part) | 08/01/19 | J | A | |
| 270.  Medtronic | A | Dividend | J | T | Sold (part) | 02/13/19 | J | A | |
| 271. | | | | | Sold (part) | 04/10/19 | J | A | |
| 272. | | | | | Sold (part) | 04/11/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 07/26/19 | J | | |
| 274. | | | | | Buy (add'l) | 07/30/19 | J | | |
| 275. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 276. | | | | | Buy (add'l) | 11/22/19 | J | | |
| 277. Merck & Co. Inc. | A | Dividend | K | T | Buy (add'l) | 01/16/19 | J | | |
| 278. | | | | | Buy (add'l) | 03/13/19 | J | | |
| 279. | | | | | Buy (add'l) | 09/10/19 | J | | |
| 280. Microsoft Corp. | A | Dividend | L | T | Buy (add'l) | 01/10/19 | J | | |
| 281. | | | | | Buy (add'l) | 02/14/19 | J | | |
| 282. | | | | | Buy (add'l) | 12/03/19 | J | | |
| 283. | | | | | Buy (add'l) | 12/05/19 | J | | |
| 284. Mid-America Apartment | A | Dividend | K | T | Sold (part) | 01/18/19 | J | A | |
| 285. Morgan Lewis & Bockius LLP, Firm Capital | E | Interest | O | T | | | | | |
| 286. Morgan Stanley | A | Dividend | J | T | | | | | |
| 287. Morgan Stanley NY Municipal | A | Dividend | J | T | Sold (part) | 02/04/19 | J | A | |
| 288. | | | | | Sold (part) | 02/11/19 | J | A | |
| 289. | | | | | Sold (part) | 08/16/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  National Oilwell Varco Inc. | A | Dividend | | | Buy | 01/09/19 | J | | |
| 291. | | | | | Buy (add'l) | 01/10/19 | J | | |
| 292. | | | | | Sold (part) | 05/30/19 | J | A | |
| 293. | | | | | Sold | 06/12/19 | J | A | |
| 294.  Nextera Energy Inc. | A | Dividend | J | T | Buy | 12/02/19 | J | | |
| 295. | | | | | Buy (add'l) | 12/03/19 | J | | |
| 296.  Nike Inc. | A | Dividend | K | T | | | | | |
| 297.  Nisource Inc. | A | Dividend | J | T | Buy (add'l) | 11/11/19 | J | | |
| 298. | | | | | Sold (part) | 12/02/19 | J | A | |
| 299.  Nokia Corp. | A | Dividend | | | Sold (part) | 05/16/19 | J | A | |
| 300. | | | | | Sold (part) | 05/17/19 | J | A | |
| 301. | | | | | Sold | 05/20/19 | J | A | |
| 302.  Norfolk Southern Corp. | A | Dividend | J | T | | | | | |
| 303.  Northrop Grumman Corp. | A | Dividend | J | T | Sold (part) | 02/11/19 | J | B | |
| 304. | | | | | Sold (part) | 05/14/19 | J | C | |
| 305. | | | | | Sold (part) | 05/15/19 | J | A | |
| 306. | | | | | Sold (part) | 06/26/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  Novo Nordisk A S ADR | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 308. | | | | | Buy (add'l) | 04/16/19 | J | | |
| 309. | | | | | Buy (add'l) | 06/18/19 | J | | |
| 310.  Nuveen New York Quality | A | Interest | J | T | | | | | |
| 311.  Oracle Corp. | A | Dividend | K | T | | | | | |
| 312.  Paypal Holdings Inc. | A | Dividend | J | T | Buy | 01/24/19 | J | | |
| 313. | | | | | Buy (add'l) | 02/22/19 | J | | |
| 314. | | | | | Buy (add'l) | 02/25/19 | J | | |
| 315.  Pepsico Inc. | A | Dividend | K | T | Sold (part) | 09/05/19 | J | A | |
| 316.  Pfizer Inc. | A | Dividend | K | T | Sold (part) | 06/12/19 | J | A | |
| 317. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 318.  Phillips 66 | A | Dividend | J | T | Buy | 07/19/19 | J | | |
| 319. | | | | | Buy (add'l) | 07/22/19 | J | | |
| 320.  Pimco Foreign Bond Fund Institutional | D | Dividend | P1 | T | | | | | |
| 321.  Pimco High Yield Fund | A | Dividend | N | T | Buy (add'l) | 01/18/19 | K | | |
| 322. | | | | | Buy (add'l) | 02/19/19 | K | | |
| 323. | | | | | Buy (add'l) | 03/18/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  Pimco Int'l. Bond US Dollar Hedge Inst. | A | Dividend | J | T | Buy | 01/18/19 | K | | |
| 325. | | | | | Buy (add'l) | 02/19/19 | K | | |
| 326. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 327. | | | | | Buy (add'l) | 12/20/19 | M | | |
| 328.  PNC Financial Services Group | A | Dividend | J | T | Buy | 11/15/19 | J | | |
| 329. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 330. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 331. | | | | | Buy (add'l) | 12/27/19 | J | | |
| 332.  Procter & Gamble | A | Dividend | K | T | Buy (add'l) | 01/10/19 | J | | |
| 333. | | | | | Sold (part) | 05/14/19 | J | A | |
| 334. | | | | | Sold (part) | 08/01/19 | J | A | |
| 335.  Progressive Corp. | A | Dividend | K | T | Sold (part) | 01/02/19 | J | B | |
| 336.  Quest Diagnostics Inc. | A | Dividend | | | Sold | 10/25/18 | J | A | |
| 337.  Raytheon Company | A | Dividend | J | T | Buy (add'l) | 02/25/19 | J | | |
| 338. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 339. | | | | | Buy (add'l) | 04/24/19 | J | | |
| 340. | | | | | Sold (part) | 06/12/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. | | | | | Sold<br>(part) | 06/13/19 | J | A | |
| 342.  REF Partners LP | A | Dividend | L | T | | | | | |
| 343.  Regency Centers Corp. | A | Dividend | J | T | Sold<br>(part) | 01/18/19 | J | A | |
| 344. | | | | | Buy<br>(add'l) | 07/31/19 | J | | |
| 345. | | | | | Buy<br>(add'l) | 08/16/19 | J | | |
| 346. | | | | | Sold<br>(part) | 11/19/19 | J | A | |
| 347. | | | | | Sold<br>(part) | 11/22/19 | J | A | |
| 348. | | | | | Sold<br>(part) | 12/02/19 | J | A | |
| 349. | | | | | Sold<br>(part) | 12/26/19 | J | A | |
| 350.  Regeneron Pharmaceuticals | A | Dividend | J | T | Buy | 11/13/19 | J | | |
| 351.  Reinsurance Group of America | A | Dividend | J | T | Buy | 09/05/19 | J | | |
| 352. | | | | | Buy<br>(add'l) | 09/20/19 | J | | |
| 353.  Resideo Technologies Inc. | A | Dividend | | | Sold | 08/09/19 | J | A | |
| 354.  Roche Hldg. Ltd. Sponsored ADR | A | Dividend | K | T | Buy | 05/20/19 | J | | |
| 355. | | | | | Buy<br>(add'l) | 07/25/19 | J | | |
| 356. | | | | | Buy<br>(add'l) | 08/23/19 | J | | |
| 357. | | | | | Buy<br>(add'l) | 11/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Ross Stores Inc. | A | Dividend | K | T | Sold (part) | 08/09/19 | J | A | |
| 359. Royal Dutch Shell | A | Dividend | K | T | Buy (add'l) | 01/10/19 | J | | |
| 360. | | | | | Buy (add'l) | 02/11/19 | J | | |
| 361. | | | | | Buy (add'l) | 02/14/19 | J | | |
| 362. | | | | | Buy (add'l) | 05/31/19 | J | | |
| 363. | | | | | Sold (part) | 08/21/19 | J | A | |
| 364. | | | | | Buy (add'l) | 10/16/19 | J | | |
| 365. | | | | | Buy (add'l) | 11/14/19 | J | | |
| 366. | | | | | Buy (add'l) | 11/18/19 | J | | |
| 367. | | | | | Sold (part) | 12/27/19 | J | A | |
| 368. S & P Global Inc. | A | Dividend | | | Sold (part) | 05/15/19 | J | A | |
| 369. | | | | | Sold (part) | 05/16/19 | J | A | |
| 370. | | | | | Sold | 05/17/19 | J | A | |
| 371. Schwab Breckinridge (no control) | F | Interest | P1 | T | | | | | |
| 372. Schwab Gov't Money Fund | A | Dividend | K | T | | | | | |
| 373. Schwab S&P 500 Index | C | Dividend | O | T | Buy (add'l) | 01/18/19 | L | | |
| 374. | | | | | Buy (add'l) | 02/19/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. | | | | | Buy<br>(add'l) | 03/18/19 | L | | |
| 376. | | | | | Sold<br>(part) | 05/22/19 | J | A | |
| 377. | | | | | Sold<br>(part) | 08/06/19 | K | A | |
| 378. | | | | | Sold<br>(part) | 10/14/19 | J | A | |
| 379. | | | | | Buy<br>(add'l) | 10/15/19 | J | | |
| 380. | | | | | Sold<br>(part) | 11/06/19 | J | A | |
| 381. Schwab Value Advantage Money Fund | A | Dividend | L | T | | | | | |
| 382. Starbucks Corp. | A | Dividend | J | T | Sold<br>(part) | 02/11/19 | J | A | |
| 383. | | | | | Sold<br>(part) | 06/05/19 | J | A | |
| 384. | | | | | Buy<br>(add'l) | 06/27/19 | J | | |
| 385. | | | | | Sold<br>(part) | 11/21/19 | J | A | |
| 386. Sun Communities Inc. | A | Dividend | J | T | Sold<br>(part) | 01/25/19 | J | A | |
| 387. | | | | | Sold<br>(part) | 04/23/19 | J | A | |
| 388. | | | | | Sold<br>(part) | 06/06/19 | J | A | |
| 389. | | | | | Sold<br>(part) | 08/01/19 | J | A | |
| 390. | | | | | Sold<br>(part) | 08/29/19 | J | A | |
| 391. Synchrony Financial | A | Dividend | J | T | Buy<br>(add'l) | 06/11/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 393. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 394. | | | | | Sold (part) | 12/24/19 | J | A | |
| 395. Sysco Corp. | A | Dividend | | | Sold | 01/28/19 | J | A | |
| 396. T-Mobile US Inc. | A | Dividend | J | T | Sold (part) | 06/25/19 | J | A | |
| 397. | | | | | Sold (part) | 07/18/19 | J | A | |
| 398. | | | | | Sold (part) | 10/31/19 | J | A | |
| 399. Teva Pharmaceutical | A | Dividend | | | Buy | 01/22/19 | J | | |
| 400. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 401. | | | | | Buy (add'l) | 01/24/19 | J | | |
| 402. | | | | | Sold | 06/04/19 | J | A | |
| 403. Texas Instruments Inc. | A | Dividend | K | T | Buy (add'l) | 01/22/19 | J | | |
| 404. | | | | | Buy (add'l) | 05/16/19 | J | | |
| 405. Thornburg Ltd. | A | Dividend | | | Sold | 10/16/19 | N | A | |
| 406. TJX Companies Inc. | A | Dividend | K | T | Sold (part) | 03/07/19 | J | A | |
| 407. | | | | | Sold (part) | 04/09/19 | J | A | |
| 408. | | | | | Sold (part) | 08/29/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Total System Services Inc. | A | Dividend | | | Sold (part) | 03/14/19 | J | A | |
| 410. | | | | | Sold (part) | 03/15/19 | J | A | |
| 411. | | | | | Sold (part) | 03/18/19 | J | A | |
| 412. | | | | | Sold | 06/21/19 | J | A | |
| 413. Ulta Beauty Inc. | A | Dividend | | | Sold | 11/14/19 | J | A | |
| 414. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 415. U.S. Treasury Bills | A | Interest | P1 | T | | | | | |
| 416. US Bancorp. | A | Dividend | J | T | | | | | |
| 417. US Foods Holding Corp. | A | Dividend | J | T | Buy (add'l) | 02/14/19 | J | | |
| 418. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 419. | | | | | Sold (part) | 07/22/19 | J | A | |
| 420. | | | | | Sold (part) | 07/25/19 | J | A | |
| 421. Unitedhealth Group Inc. | A | Dividend | K | T | Buy (add'l) | 01/10/19 | J | | |
| 422. | | | | | Sold (part) | 02/11/19 | J | A | |
| 423. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 424. | | | | | Buy (add'l) | 06/04/19 | J | | |
| 425. | | | | | Sold (part) | 11/01/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426. | | | | | Buy (add'l) | 11/22/19 | J | | |
| 427. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 428. | | | | | Buy (add'l) | 12/11/19 | J | | |
| 429. Vanguard Interm Term Tax Exempt Fd Admiral Share | A | Dividend | J | T | Buy | 10/17/19 | P1 | | |
| 430. Vanguard Morgan Growth Fund Admiral Share | D | Dividend | M | T | Sold (part) | 02/07/19 | J | A | |
| 431. | | | | | Buy (add'l) | 10/16/19 | J | | |
| 432. Vanguard Short Term Tax Exempt Admiral Share | A | Int./Div. | | | Sold | 10/16/19 | O | A | |
| 433. Vanguard US Growth Fd Admiral Share (form. Vanguard Morgan Growth Fund | A | Dividend | M | T | Sold (part) | 10/14/19 | J | A | |
| 434. | | | | | Buy (add'l) | 10/16/19 | J | | |
| 435. Vanguard Windsor Fund Admiral Share | A | Dividend | N | T | Sold (part) | 02/07/19 | J | | |
| 436. Vertex Pharmaceuticals Inc. | A | Dividend | J | T | Buy (add'l) | 03/13/19 | J | | |
| 437. | | | | | Buy (add'l) | 12/04/19 | J | | |
| 438. Visa Inc. | A | Dividend | K | T | Sold (part) | 07/18/19 | J | B | |
| 439. | | | | | Sold (part) | 09/04/19 | J | B | |
| 440. VMWARE Inc. | A | Dividend | | | Buy | 02/12/19 | J | | |
| 441. | | | | | Buy (add'l) | 02/13/19 | J | | |
| 442. | | | | | Sold | 08/29/19 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Wal-mart Stores Inc. | A | Dividend | K | T | Sold (part) | 01/29/19 | J | A | |
| 444. Walt Disney Co. | A | Dividend | K | T | Buy (add'l) | 08/02/19 | J | | |
| 445. | | | | | Sold (part) | 08/29/19 | J | A | |
| 446. Westlake Chemical Corp. | A | Dividend | J | T | Buy (add'l) | 01/02/19 | J | | |
| 447. | | | | | Buy (add'l) | 01/03/19 | J | | |
| 448. | | | | | Sold (part) | 01/09/19 | J | A | |
| 449. | | | | | Sold (part) | 01/29/19 | J | A | |
| 450. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 451. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 452. | | | | | Sold (part) | 09/26/19 | J | A | |
| 453. | | | | | Sold (part) | 10/31/19 | J | A | |
| 454. Westwood Income Oppty | F | Dividend | | | Sold | 06/24/19 | O | A | |
| 455. Xerox Holdings Corp.(formally Xerox Corp.) | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 456. | | | | | Sold (part) | 03/14/19 | J | A | |
| 457. | | | | | Sold (part) | 04/26/19 | J | A | |
| 458. | | | | | Sold (part) | 06/17/19 | J | A | |
| 459. | | | | | Sold (part) | 10/16/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460.   Xilinx Inc. | A | Dividend | J | T | Sold<br>(part) | 07/30/19 | J | A | |
| 461. | | | | | Sold<br>(part) | 08/08/19 | J | A | |
| 462.   Zoetis Inc. | A | Dividend | K | T | Sold<br>(part) | 06/26/19 | J | A | |
| 463. | | | | | Sold<br>(part) | 09/03/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Page 7 of 33 - Line 64;  Bernstein New York Municipal Portfolio - The accounting firm made this transaction at the end of the calendar year and it didn't get reflected until this year.

Page 18 of 33 - Line  241; Invesco Oppenheimer Dev. Mkts - formerly Oppenheimer Developing Mkts. On  June 3, 2020, Oppenheimer Developing Mkts changed their name to Invesco Oppenheimer Developing Mkts.

Page 19 of 33 - Line 256; L3 Harris Technologies Inc. - formerly L-3 Technologies Inc. - On June 29, 2019, L3 Technologies Inc. changed their name to L3 Harris Technologies Inc.

Page 23 of  33 - Line 336;  Quest Diagnostics Inc. - Last year, I mistakenly reported that as a partial sale.  This holding was in fact a complete sale on 10/25/2018.

Page 27 of 33 - Line 433;  Vanguard US Growth Fund Admiral Share - On April 5, 2019, Vanguard Morgan Fund Admiral Shares merged with Vanguard US Growth Fund Admiral Shares.

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/08/2020 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** **s/ Cheryl L. Pollak**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544